UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Doris Fletcher

    Plaintiff,

                                                          Case Number: 2:23-cv-00491-JES-KCD

    v.

Convergent Outsourcing, Inc,

    Defendants.

_____/

**NOTICE OF SETTLEMENT**

    COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement.

    Dated December 7, 2023,

                                                                                       */s/ Thomas M. Bonan*
                                                                                      Thomas M. Bonan
                                                                                       FL Bar # 118103
                                                                                       SERAPH LEGAL, P. A.
                                                                                      1614 N 19TH Street
                                                                                      Tampa, FL 33605
                                                                                      Tel: 813-321-2347
                                                                                      Fax: 855-500-0705
                                                                                      tbonan@seraphlegal.com
                                                                                      Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing

document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103